

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOMMY RYAN GOUGE,<br><br>　　　　Defendant. | Case No. **CR 20-064-RAW** |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151 & 1153]

On or about February 14, 2020, within the Eastern District of Oklahoma, in Indian Country, the defendant, **TOMMY RYAN GOUGE**, an Indian, willfully, deliberately, maliciously and with premeditation and malice aforethought, did unlawfully kill Stephanie Michelle Gouge, with an edged weapon and a blunt object, in violation of Title 18, United States Code, Sections 1111(a), 1151 and 1153.

A TRUE BILL:

BRIAN J. KUESTER
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

BENJAMIN P. GIFFORD, TBA # 24111143
Assistant United States Attorney

1