# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No. | CR-20-64-RAW |
| v. | ) | | |
| | ) | Date: | 9/23/2020 |
| TOMMY RYAN GOUGE, | ) | | |
| | ) | Time: | 10:02 a.m. – 10:08 a.m. |
| Defendant. | ) | | |

## MINUTE SHEET – VIDEO CONFERENCE ARRAIGNMENT

Steven P. Shreder, Judge     P. Bruce, Deputy Clerk     Reporter - none
FTR - Courtroom 4

Counsel for Plaintiff:    David Youll, AUSA, via video
Counsel for Defendant:    Robert S. Williams, via video

☒ Fin. Afd / Deft orally requested counsel    Objections ☐ yes ☒ no    ☒ Court appointed counsel
☐ Interpreter: _____ ; ☐ sworn
Defendant appeared via video: ☒ with Counsel; ☐ Counsel waived; ☐ w/o Counsel;

☒ Defendant acknowledged receipt of Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant entered not guilty plea as to Count __1__ of the Indictment

**Trial / Motions:**
☒ **Jury Trial set November 4, 2020, before Judge Ronald A. White**
☒ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond

**Discovery:**
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A)~~(1)~~ requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
     ☐ Government has complied     ☒ Government has not complied
     Parties ☐ do ☒ do not foresee any problems which the Court should anticipate.

**Detention / Bond:**
☐ Parties have reviewed Pretrial Services Report regarding detention     Objections ☐ yes ☐ no
☐ Defendant allowed to post bond in the amount of _____
     ☐ Order Setting Conditions of Release
☒ Government has filed Motion for Detention
☐ Defendant orally moved for detention hearing
☐ **Detention hearing set** _____
☒ Defendant present on writ and reserves as to issue of detention at this time
☐ Defendant agreed issue of bond is moot
☒ Defendant to remain in custody and was remanded to the custody of USMS

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings. PB