# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff | ) | Case No. | CR-20-64-RAW |
| | ) | | |
| v. | ) | | |
| | ) | | |
| TOMMY RYAN GOUGE, | ) | Date: | 10/14/2020 |
| Defendant. | ) | Time: | 9:40 a.m. – 9:47 a.m. |

## MINUTE SHEET – MOTION HEAING and SAID CAUSE CAME ON FOR PRETRIAL CONFERENCE

U.S. District Court Judge, Ronald A. White     Teka Stephens, Deputy Clerk    Karla McWhorter, Reporter
                                                                              FTR Courtroom:  2 - Room 224

Counsel for Plaintiff:   Benjamin P. Gifford, Asst. United States Attorney
Counsel for Defendant: Robert S. Williams, Asst. Federal Public Defender ☒ Defendant appears in person with counsel

## MINUTES:

Comes on for hearing on Defendant's Opposed Motion to Extend Scheduling Order Dates. Counsel for Defendant announced that Defendant has now executed a Waiver of Speedy Trial and the Government has indicated that they withdraw their objection based on the executed Waiver. Further discussion. ENTERING ORDER: granting Defendant's Motion to Extend Scheduling Order Dates. Jury Trial to be continued to the January 2021 docket. (Written Order to follow) (RAW). Nothing further by either party.

Defendant remanded to custody of U.S. Marshal